CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
NICOLE K. HUDSPETH #11079
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   Marshall.Silverberg@usdoj.gov
               Nicole.Hudspeth@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00046 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | Bench Trial date: April 5, 2022 |
| CHARLES KIMO BROWN, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Leslie E. Kobayashi |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S WITNESS LIST

The Government hereby submits its witness list.   The Government reserves the right to amend the witness list as necessary.

Dated: March 29, 2022, at Honolulu, Hawaii

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii


By /s/ Marshall H. Silverberg
    MARSHALL H. SILVERBERG
    Assistant U.S. Attorney
    NICOLE K. HUDSPETH
    Special Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES v. CHARLES KIMO BROWN**          **WITNESS LIST**
**Cr. No. 19-00046 LEK**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Leslie E. Kobayashi** | **Marshall Silverberg** **Nicole Hudspeth** | **William Harrison** |

| Trial Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **April 5, 2022** | | **Agalelei Elkington** |

| | Witness | Date of Testimony | Type of witness |
|---|---|---|---|
| 1 | Guy Fujimura | | Former (now retired) Secretary-Treasurer and Custodian of Records for ILWU Local 142 |
| 2 | Matt Arakawa | | Supervisor of the accounting office, ILWU Local 142 |
| 3 | Lynette Martin | | Former Executive Secretary for the Longshore Division |
| 4 | William Akamine | | Custodian of Records, Hawaii State Federal Credit Union |
| 5 | Drake Delaforce | | Current Secretary-Treasurer of the Longshore Division of Local 142 and the Custodian of its Records |
| 6 | Kim Hudson Chock | | CFO for McCabe Hamilton & Renny Co. and Custodian of some of its Records |
| 7 | Kevin Cutter | | Vice President for Operations, McCabe Hamilton & Renny Co. and Custodian of some of its records |
| 8 | Pearl Moenahele | | Supervisory Investigator, U.S. Department of Labor |
| 9 | | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the methods of service noted

below, a true and correct copy of the foregoing document was served electronically

through CM/ECF:

William Harrison
wharrison@hamlaw.net


Attorney for Defendant
CHARLES KIMO BROWN

DATED: March 29, 2002, Honolulu, Hawaii.

/s/ *Shauntè A. Pompey*
_____
U.S. Attorney's Office
District of Hawaii