Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
American Savings Bank Tower
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:  (808) 523-7041
Facsimile Number:  (808) 538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
CHARLES KIMO BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>   Plaintiff, </br></br> vs. </br></br> CHARLES KIMO BROWN, </br></br>   Defendant. | ) CR. NO. 19-00046 (LEK) </br> ) </br> ) **DEFENDANT CHARLES** </br> ) **KIMO BROWN'S WITNESS** </br> ) **LIST**; CERTIFICATE OF </br> ) SERVICE </br> ) </br> ) **BENCH TRIAL:** </br> ) Date:  April 5, 2022 </br> ) Time:  9:00 a.m. </br> ) Judge:  Hon. Leslie E. Kobayashi |

## CHARLES KIMO BROWN'S WITNESS LIST

Comes now, Defendant CHARLES KIMO BROWN, and hereby submits the following list of prospective witnesses that he may call in this case:

1. William Baba Haole
2. Peter Hashimoto
3. Dennis Inouye
4. Shawna Rapoza
5. Tyron Tahara
6. Michael Victorino
7. Any person needed to introduce any evidence sough to be admitted.

Charles Kimo Brown reserves the right to call any witnesses disclosed by the government and any witnesses who may be needed for rebuttal or impeachment, or to supplement this list should government's production of evidence call for such additional witness.

DATED: Honolulu, Hawaii, March 29, 2022.

Law Offices of:
HARRISON & MATSUOKA

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
CHARLES KIMO BROWN