**ILWU Local 142**
451 Atkinson Drive • Honolulu, Hawaii 96814

# Wage Voucher

**Form 0102**

Print or type all information.
Name: Kawo Brown

FOR PROMPT PAYMENT, LIST SOCIAL SECURITY #: 1104

Mailing address: PO Box 54499, Hauula, HI  Zip Code: 96717

If this is the first time you are being paid by the union please turn in your W-4 form with this voucher.

Fill out in duplicate.

Division: Hilo

To Be Reimbursed by Unit ☐ YES ☐ NO   Company: _____   Unit: _____

| No Days or Hrs. S.T. | No Days or Hrs. O.T. | Dates From | Dates To | Hourly S.T. Rate | Daily Rate | Total | Work Performed |
|---|---|---|---|---|---|---|---|
|  | 14.5 | 4/7 |  | 37 50 |  | $ | Hilo St Adm |
|  | 10 | 4/8 |  | 37 50 |  |  | Hilo St Adm |
|  | 11.5 | 4/9 |  | 37 50 |  |  | Hilo St Adm |
|  | 10 | 4/10 |  | 37 50 |  |  | Hilo St Adm |
|  | 10 | 4/11 |  | 37 50 |  |  | Hilo St Adm |

Submitted by: LKB

Total: $ 2,150.00

520-0003-00
For Office Use Only

Approved for Payment:

Unit Chairman

Unit Treasurer

Division Director: LKB

Hilo Local Secretary-Treasurer

(19)

FIT / SIT / FICA / MEDICARE / LOCAL DUES / UNIT DUES

**GOVERNMENT EXHIBIT 12**

ILWULongshore000315

BROWN_006613