ILWU Local 142
451 Atkinson Drive • Honolulu, Hawaii 96814

# Wage Voucher

Form 0102

**Print or type all information.**

Name: C KING BROWN

FOR PROMPT PAYMENT, LIST SOCIAL SECURITY #: 1104

Mailing address: PO BOX 89A99
MUCAW, HI   Zip Code: 96789

Division: 4250

If this is the first time you are being paid by the union please turn in your W-4 form with this voucher.

Fill out in duplicate.

To Be Reimbursed by Unit ☐ YES ☐ NO   Company: _____   Unit: _____

| No Days or Hrs. S.T. | No Days or Hrs. O.T. | Dates From | Dates To | Hourly S.T. Rate | Daily Rate | Total | Work Performed |
|---|---|---|---|---|---|---|---|
| 14.5 |  | 4/14 |  | 37 50 |  | $ | 4250 ST Admin |
| 10 |  | 4/15 |  | 37 50 |  |  | 4250 ST Admin |
| 11.5 |  | 4/16 |  | 37 50 |  |  | 4250 ST Admin + U 1301 MTG |
| 10 |  | 4/17 |  | 37 50 |  |  | 4250 LM-2 MTG |
| 10 |  | 4/18 |  | 37 50 |  |  | 4250 ST Admin |
| 56 |  |  |  |  | Total | $3150 00 |  |

Submitted by: _C/L_

520-0003-00
For Office Use Only

Approved for Payment:

Unit Chairman

Unit Treasurer

Division Director

Local Secretary-Treasurer

(19)

FIT
SIT
FICA
MEDICARE
LOCAL DUES
UNIT DUES

**GOVERNMENT EXHIBIT 13**

ILWULongshore000316

BROWN_006614