## McCABE HAMILTON & RENNY CO., LTD.

### MACHINE OPERATOR DAY & HOUR RECORD

WEEK OF:

April 7 - 13, 2014

| DATE | 07 | 08 | 09 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|
| 1088 | U L CB 9.0 | U L CB 10.0 | U L CB 10.0 | U L CB 10.0 | U L TH ACT 10.0 | V A C 9.0 | CB 12.0 |
| 1102 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | V A C 9.0 | V A C 9.0 | CB 12.0 SICK----- |
| 1112 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | = | CB 5.0 OK 5.0 | CB 12.0 |
| 1118 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | MO ACT 10.0 | CB 10.0 | CB 12.0 |
| 1131 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | MO ACT 10.0 | CB 10.0 | CB 12.0 |
| 1133 | V A C 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | MO ACT 10.0 | CB 10.0 | CB 12.0 |
| 1135 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | = | CB 10.0 | CB 12.0 |
| 1142 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | MO ACT 10.0 | CB 10.0 | CB 12.0 |
| 1146 | SICK------------------------------------------------------------------------------- | | | | | | |
| 1163 | CB 9.0 | V A C 9.0 | V A C 9.0 | V A C 9.0 | V A C 9.0 | CB 10.0 | CB 12.0 |
| 1172 | CB 9.0 | CB 10.0 | CB 10.0 | MO COAL 10.0 | MO COAL 10.0 | MO COAL 10.0 | MO COAL 10.0 |
| 1179 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | MO ACT 10.0 | CB 10.0 | CB 12.0 |
| 1194 | CB 9.0 | CB 10.0 | CB 10.0 | CB 10.0 | U L TH ACT 10.0 | MO COAL 10.0 | MO COAL 10.0 |
| 1199 | SICK------------------------------------------------------------------------------- | | | | | | |

PENGAD 800-631-6989

GOVERNMENT EXHIBIT

19

BROWN_013335