Case 1:19-cr-00046-LEK   Document 74-4   Filed 05/19/22   Page 1 of 1   PageID #: 895

## McCABE HAMILTON & RENNY CO., LTD.

### MACHINE OPERATOR
### DAY & HOUR RECORD

**WEEK OF:** April 14 - 20, 2014

| DATE | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|
| 1088 | U L<br>CB<br>10.0 | U L<br>= | U L<br>CB<br>10.0 | U L<br>MO<br>LUM 10.0 | U L<br>MO<br>LUM 5.0 | V<br>A<br>C 9.0 | CB<br>10.0 |
| 1102 | SICK------------------------------------------------------------------------------- | | | | | | |
| 1112 | CB 5.0<br>OK 5.0<br>SICK----- | = | CB<br>10.0 | MO<br>LUM 10.0 | MO<br>AUTO 10.0 | = | CB<br>10.0 |
| 1118 | CB<br>10.0 | = | N A<br>CB<br>10.0 | CB<br>12.0 | MO<br>LUM 5.0 | CB<br>5.0 | CB<br>10.0 |
| 1131 | CB<br>10.0 | = | CB<br>10.0 | V<br>A<br>C 9.0 | MO<br>LUM 5.0 | CB<br>5.0 | CB<br>10.0 |
| 1133 | CB<br>10.0 | = | CB<br>10.0 | CB<br>12.0 | MO<br>LUM 5.0 | CB<br>5.0 | CB<br>10.0 |
| 1135 | CB<br>10.0 | = | CB<br>10.0 | MO<br>LUM 10.0 | MO<br>AUTO 10.0 | = | CB<br>10.0 |
| 1142 | CB<br>10.0 | = | CB<br>10.0 | SICK---------------------------------------------------------- | | | |
| 1146 | MO<br>COAL 8.0 | = | CB<br>10.0 | MO<br>LUM 10.0 | MO<br>AUTO 10.0 | = | CB<br>10.0 |
| 1163 | MO<br>COAL 8.0 | = | CB<br>10.0 | MO<br>LUM 10.0 | MO<br>AUTO 10.0 | = | CB<br>10.0 |
| 1172 | INDUSTRIAL------------------------------------------------------------------- | | | | | | |
| 1179 | CB<br>10.0 | = | CB<br>10.0 | CB<br>12.0 | MO<br>LUM 5.0 | CB<br>5.0 | CB<br>10.0 |
| 1194 | CB<br>10.0 | = | CB<br>10.0 | CB<br>12.0 | MO<br>LUM 5.0 | CB<br>5.0 | CB<br>10.0 |
| 1199 | MO<br>COAL 8.0<br>SICK---------------------------- | = | CB<br>10.0 | MO<br>LUM 10.0 | MO<br>AUTO 10.0 | = | CB<br>10.0 |



GOVERNMENT EXHIBIT 20

BROWN_013338