**CHARLES KIMO BROWN**

## CHARGED CONDUCT DISCREPANCIES
## April 7, 14, 15, 16, 18, 2014

| MO # | Name | MON 4/7/2014 Hours Worked | MON 4/14/2014 Hours Worked | TUE 4/15/2014 Hours Worked | WED 4/16/2014 Hours Worked | FRI 4/18/2014 Hours Worked |
|---|---|---|---|---|---|---|
| **1088** | **Brown (Union Leave)** | **9 OT** | **10 OT** | **0** | **10 OT** | **5 OT (L)** |
| 1102 | Joseph Kamai | 9 OT | | | | |
| 1133 | Arick Valdez | | 10 OT | 0 | 9 OT + 1 POT | 5 OT + 1 ST |

| | COUNTS 1, 2 | COUNTS 3, 4 | | | | TOTAL |
|---|---|---|---|---|---|---|
| McCabe Union Leave Hours Converted | 9 OT | 10 OT | 0 | 10.5 OT | 5.7 OT | 35.2 OT Hours |
| Brown's Wage Vouchers | 14.5 OT | 14.5 OT | 10 OT | 11.5 OT | 10 OT | 60.5 OT Hours |
| **Total Hours Overcharged** | **5.5 OT** | **4.5 OT** | **10 OT** | **1 OT** | **4.3 OT** | **25.3 OT Hours** |
| | | | | | | |
| McCabe Union Leave Wages | $506.25 | $562.50 | $0.00 | $590.63 | $318.75 | $1,978.13 |
| Brown's Gross Lost Time Wages Paid | $815.63 | $815.63 | $562.50 | $646.88 | $562.50 | $3,403.13 |
| **Total Lost Time Wages Overpaid** | **$309.38** | **$253.13** | **$562.50** | **$56.25** | **$243.75** | **$1,425.00** |

**McCabe Pay Categories**           **Brown's Hourly Rate**
- ST   Straight Time                $37.50
- OT   Overtime (1.5 x ST)          $56.25
- POT  Penalty Overtime (1.5 x OT)  $84.38
- (L)  Lumber - Travel Time (1 x ST) $37.50

Sources:
- McCabe Log Book (BATES 13335)
- ILWU Wage Voucher (BATES 6613)
- McCabe Pay Stubs (BATES 14520, 15526)

GOVERNMENT EXHIBIT 22