**CHARLES KIMO BROWN'S WAGE VOUCHERS COMPARED WITH OTHER MACHINE OPERATORS IN HIS GANG ON SELECTED DATES**
**October 2010 - April 2014**

GOVERNMENT EXHIBIT 32

| # | KIMO BROWN UNION WAGE VOUCHERS | | | | 1067 AHU | | 1068 SATELE | | 1102 KAMAI | | 1103 KANESHIRO | | 1112 SEARLE | | 1118 CAMBRA | | 1131 BEAZLEY | | 1133 VALDEZ | |
|---|------|------|----|----|--------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|   | DATE | RATE | ST | OT | TOTAL  | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT |
| 1 | 10/13/2010 | $34.75 | 12 |  | $417.00 | = | = | = | = | = | = | = | = | = | = | 6 | 2 | = | = | = | = |
| 2 | 11/29/2011 | $35.00 | 7.5 |  | $262.50 | = | = | 3 | 2 | = | = | = | = | = | = | 3 | 2 | = | = | = | = |
| 3 | 04/10/2012 | $35.00 | 7.5 |  | $262.50 | = | = | = | = | Industrial | | = | = | 0 | 5 | = | = | = | = | = | = |
| 4 | 05/11/2012 | $35.00 | 13.5 |  | $472.50 | = | = | = | = | Industrial | | = | = | Vacation | | = | = | = | = | = | = |
| 5 | 05/15/2012 | $35.00 | 15 |  | $525.00 | = | = | = | = | Industrial | | = | = | = | = | = | = | = | = | = | = |
| 6 | 06/05/2012 | $35.00 | 12 |  | $420.00 | = | = | 0 | 5.1 | Industrial | | Vacation | | = | = | Vacation | | FMLA | | = | = |
| 7 | 06/08/2012 | $35.00 | 15 |  | $525.00 | = | = | = | = | Industrial | | Vacation | | = | = | Vacation | | FMLA | | = | = |
| 8 | 08/07/2012 | $36.25 | 7.5 |  | $271.88 | Vacation | | = | = | = | = | = | = | Sick | | = | = | = | = | = | = |
| 9 | 10/26/2012 | $36.25 | 15 |  | $543.75 | Vacation | | = | = | = | = | = | = | = | = | = | = | = | = | = | = |
| 10 | 12/18/2012 | $36.25 | 16 |  | $580.00 | Sick | | = | = | = | = | = | = | = | = | Vacation | | Sick | | = | = |
| 11 | 01/18/2013 | $36.25 | 12 |  | $435.00 | Vacation | | = | = | = | = | = | = | = | = | = | = | = | = | = | = |
| 12 | 03/12/2013 | $36.25 | 15 |  | $543.75 | = | = | = | = | = | = | = | = | = | = | = | = | = | = | = | = |
| 13 | 03/19/2013 | $36.25 | 15 |  | $543.75 | = | = | = | = | = | = | = | = | = | = | = | = | Vacation | | Sick | |
| 14 | 04/03/2013 | $36.25 | 13 |  | $471.25 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | 6 | 0 | = | = | = | = | = | = | = | = | = | = |
| 15 | 04/09/2013 | $36.25 | 15 |  | $543.75 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | = | = | = | = | Vacation | | = | = | = | = |
| 16 | 04/16/2013 | $36.25 | 7.5 |  | $271.88 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | = | = | = | = | = | = | = | = | = | = |
| 17 | 05/07/2013 | $36.25 | 15 |  | $543.75 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | Vacation | | = | = | = | = | = | = | = | = |
| 18 | 05/14/2013 | $36.25 | 16 |  | $580.00 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | = | = | = | = | = | = | = | = | = | = |
| 19 | 08/06/2013 | $36.25 | 7.5 |  | $271.88 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | Transfer out - 08/06/2013 | | = | = | = | = | = | = | = | = |
| 20 | 09/24/2013 | $37.50 | 15 |  | $562.50 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | Transfer out - 08/06/2013 | | = | = | Vacation | | FMLA | | = | = |
| 21 | 10/29/2013 | $56.25 |  | 10 | $562.50 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | Transfer out - 08/06/2013 | | = | = | = | = | = | = | = | = |
| 22 | 11/01/2013 | $56.25 |  | 10 | $562.50 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | 0 | 7 | Transfer out - 08/06/2013 | | 0 | 7 | = | = | = | = | = | = |
| 23 | 11/19/2013 | $56.25 |  | 10 | $562.50 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | = | = | Transfer out - 08/06/2013 | | = | = | = | = | = | = | Vacation | |
| 24 | 01/22/2014 | $56.25 |  | 9 | $506.25 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | Vacation | | Transfer out - 08/06/2013 | | 0 | 7 | = | = | = | = | = | = |
| 25 | 02/11/2014 | $37.50/56.25 | 1 | 10 | $600.00 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | Vacation | | Transfer out - 08/06/2013 | | = | = | = | = | = | = | = | = |
| 26 | 03/11/2014 | $56.25 |  | 10 | $562.50 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | Vacation | | Transfer out - 08/06/2013 | | = | = | = | = | = | = | = | = |
| 27 | 04/15/2014 | $56.25 |  | 10 | $562.50 | Transfer out - 03/25/2013 | | Transfer out - 04/01/2013 | | Sick | | Transfer out - 08/06/2013 | | = | = | = | = | = | = | = | = |
|   |   |   |   |   | $12,966.38 | | | | | | | | | | | | | | | | | |

| | 1135 ANTONIO | | 1142 KAMOE | | 1146 ROBELLO | | 1163 LABRADOR | | 1172 HAYASHI | | 1179 TOKUSHIMA | | 1194 CECIL | | 1196 DELAFORCE | | 1199 FREITAS | | | NEXT PERSON ON LINEUP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | ST | OT | | |
| 1 | = | = | = | = | 6 | 2 | = | = | | | | | | | | | | | 1 | 1102 Joseph Kamai |
| 2 | = | = | = | = | = | = | = | = | | | | | | | | | | | 2 | 1131 Michael Beazley |
| 3 | = | = | *Industrial* | | 0 | 10 | = | = | | | | | | | | | | | 3 | 1103 Derreck Kaneshiro |
| 4 | = | = | | | = | = | = | = | | | | | | | | | | | 4 | |
| 5 | = | = | | | = | = | = | = | | | | | | | | | | | 5 | |
| 6 | = | = | | | = | = | = | = | | | | | | | | | | | 6 | 1118 William Cambra |
| 7 | = | = | | | *Sick* | | = | 10 | | | | | | | | | | | 7 | 1118 William Cambra |
| 8 | = | = | | | = | = | = | = | | | | | | | | | | | 8 | |
| 9 | = | = | | | = | = | = | = | | | | | | | | | | | 9 | |
| 10 | = | = | | | = | = | = | = | | | | | | | | | | | 10 | |
| 11 | *Vacation* | | | | = | = | = | = | | | | | | | | | | | 11 | |
| 12 | = | = | | | = | = | = | = | | | | | | | | | | | 12 | |
| 13 | = | = | | | = | = | = | = | *Transfer in - 04/08/2013* | | *Transfer in - 04/15/2013* | | | | | | | | 13 | |
| 14 | 6 | 0 | | | = | = | = | = | | | | | | | | | | | 14 | 1088 1102 1135 (tie) |
| 15 | = | = | | | = | = | = | = | = | = | | | | | | | | | 15 | |
| 16 | = | = | | | = | = | = | = | *Vacation* | | = | = | | | | | | | 16 | |
| 17 | = | = | | | = | = | = | = | = | = | = | = | *Transfer in - 07/22/2013* | | | | | | 17 | |
| 18 | = | = | | | = | = | = | = | = | = | = | = | | | *Transfer in - 08/19/2013* | | | | 18 | |
| 19 | = | = | | | = | = | *Vacation* | | *Sick* | | = | = | = | = | | | *Transfer in - 10/28/2013* | | 19 | |
| 20 | = | = | | | = | = | = | = | = | = | = | = | = | = | = | = | | | 20 | |
| 21 | = | = | | | *Sick* | | = | = | = | = | = | = | = | = | *Transfer out - 10/14/2013* | | = | = | 21 | |
| 22 | = | = | | | | | = | = | = | = | 0 | 7 | = | = | | | = | = | 22 | 1118 William Cambra |
| 23 | = | = | | | | | = | = | = | = | = | = | = | = | | | = | = | 23 | |
| 24 | *Vacation* | | = | = | = | = | = | = | *Sick* | | = | = | = | = | | | = | = | 24 | 1118 William Cambra |
| 25 | = | = | = | = | = | = | = | = | = | = | = | = | = | = | | | = | = | 25 | |
| 26 | = | = | = | = | = | = | = | = | *Sick* | | = | = | = | = | | | = | = | 26 | |
| 27 | = | = | *Sick* | | = | = | = | = | *Industrial* | | = | = | = | = | | | = | = | 27 | |