| Payroll Number | Port | SSN | Last Name | First Name | M I | PP # | Issue Date | Tax Status Fed | Res. St | Pay Tier | Check # Dist. Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11088 | HO1 | *******1104 | Brown | Charles | K | 15 | 04-10-2014 | M-2 | M-2 | 0 | OAHU |

| Company Number | Shift | Port Worked | Date | Occ | Gross Incl. Cargo Pen. | Cargo Pen. | Allowances Non-Taxable | Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003-0 | 1 | HO1 | 0331 | MO | 335.52 | | | | | 9.00 | | | | 37.28 |
| Totals | | | | | 335.52 | | | | | 9.00 | | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 335.52 | 7536.96 | Regular Hours | | 9.00 | 121.00 |
| FIT | | -0.10 | -494.01 | Other Hours | | | 70.50 |
| Medicare EE | | -4.87 | -109.29 | Holiday | HI | 335.52 | 2013.12 |
| SIT | HI | -9.02 | -356.50 | Vacation | HI | | 1677.60 |
| SS EE | | -20.80 | -467.29 | Wages Regular | HI | | 1218.00 |
| Ded 401k | | -20.13 | -452.21 | Wages Sick Pa | HI | | 2628.24 |
| Dues Loc 142 | | -8.39 | -122.74 | Gross Wages Fd | | 335.52 | 7536.96 |
| MHR FCU | | -157.70 | -3284.91 | | | | |
| Parking | | -84.70 | -169.40 | | | | |
| Unit Fund Oahu LS | | -29.81 | -298.10 | | | | |
| Net Pay | | 0.00 | 1782.51 | Check Amount | | 0.00 | |

McCabe Hamilton & Renny Co., Ltd  PO Box 210  Honolulu, Hawaii  96810
Phone: (808) 524-3255  Week: 31-MAR-2014 to 06-APR-2014

**MCCABE HAMILTON & RENNY CO, LTD**
WAGE PAYING AGENT FOR
PAYROLL PARTICIPANTS

TO THE ORDER OF                                    CHECK DATE                NET PAY
                                                   04-10-2014                0.00

Charles K. Brown
P.O. BOX 894199
MILILANI HI 96789

EXHIBIT 70

MHR_000201

BROWN_011859