| Payroll Number | Port | SSN | Last Name | First Name | M/I | PP# | Issue Date | Tax Status Fed | Tax Status Res. St | Pay Tier | Check # Dist. Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11088 | HO1 | ******1104 | Brown | Charles | K | 16 | 04-17-2014 | M-2 | M-2 | 0 | OAHU |

| Company Number | Shift | Port Worked | Date | Occ | Gross Incl. Cargo Pen. | Cargo Pen. | Allowances Non-Taxable | Allowances Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003-0 | 1 | HO1 | 0413 | MO | 335.52 | | | | | 9.00 | | | | 37.28 |
| | | | | Totals | 335.52 | | | | | 9.00 | | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 335.52 | 7872.48 | Regular Hours | | 9.00 | 130.00 |
| FIT | | -0.10 | -494.11 | Other Hours | | | 70.50 |
| Medicare EE | | -4.86 | -114.15 | Holiday | HI | | 2013.12 |
| SIT | HI | -9.02 | -365.52 | Vacation | HI | 335.52 | 2013.12 |
| SS EE | | -20.80 | -488.09 | Wages Regular | HI | | 1218.00 |
| Ded 401k | | -20.13 | -472.34 | Wages Sick Pa | HI | | 2628.24 |
| Dues Loc 142 | | -8.39 | -131.13 | Gross Wages Fd | | 335.52 | 7872.48 |
| MHR FCU | | -242.41 | -3527.32 | | | | |
| Parking | | | -169.40 | | | | |
| Unit Fund Oahu LS | | -29.81 | -327.91 | | | | |
| Net Pay | | 0.00 | 1782.51 | Check Amount | | 0.00 | |

McCabe Hamiltn & Renny Co., LTD  PO Box 210 Honolulu, Hawaii 96810
Phone: (808) 524-3255  Week: 07-APR-2014 to 13-APR-2014

**MCCABE HAMILTON & RENNY CO, LTD**
WAGE PAYING AGENT FOR
PAYROLL PARTICIPANTS

TO THE ORDER OF

CHECK DATE
04-17-2014

NET PAY
0.00

Charles K. Brown
P.O. BOX 894199
MILILANI HI 96789

EXHIBIT 71

MHR_000202

BROWN_011860