## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing document was served electronically through CM/ECF:

 William Harrison
 wharrison@hamlaw.net


 Attorney for Defendant
 CHARLES KIMO BROWN

  DATED: May 19, 2022, Honolulu, Hawaii.

           /s/ *Rowena Kang*
           _____
           U.S. Attorney's Office
           District of Hawaii