# EXHIBIT 37

**ILWU Local 142**
451 Atkinson Drive • Honolulu, Hawaii 96814

# Wage Voucher

**Form 0102**

Print or type all information.

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮

FOR PROMPT PAYMENT, LIST SOCIAL SECURITY # | | | | | ▮▮▮▮▮ |

Mailing address _PO BOX 894199_

_MILILANI, HI_ Zip Code _96789_

If this is the first time you are being paid by the union please turn in your W-4 form with this voucher.

Fill out in duplicate.

Division _HLSD_

To Be Reimbursed by Unit ☐ YES ☐ NO   Company _____   Unit _____

| No Days or Hrs. S.T. | O.T. | Dates From | To | Hourly S.T. Rate | Daily Rate | Total | Work Performed |
|---|---|---|---|---|---|---|---|
| 7.5 | | 11/27 | | 35 22 | | $ | HLSD/GIC MTG VIETNAM REEFER |
| 15 | | 11/28 | | 35 00 | | | HLSD/SIC MTG VIETNAM REEFER |
| 7.5 | | 11/29 | | 35 00 | | | HLSD SW EC 6 LEGBN EXP OCT 21 |
| 15 | | 11/30 | | 35 00 | | | HLSD SW CS AGREEMENTS SEP 25 |
| 15 | | 12/1 | | (35 00 | | | HLSD LU 4/501 TREASURERS MTG |
| OFF | | 12/2 | | | | | HLSD SW CS UNITS AUDIT REVIEW |
| 60+ | | | | | | Total $ 2150 00 | G. MONTH. |

Submitted by: _____

Approved for Payment:

_____
Unit Chairman

_____
Unit Treasurer

_(signature)_
Division Director

_(signature)_
Local Secretary-Treasurer

For Office Use Only

| FIT | |
| SIT | |
| FICA | |
| MEDICARE | |
| LOCAL DUES | |
| UNIT DUES | |

GOVERNMENT EXHIBIT 37

PENGAD 800-631-6989

ILWULongshore000205

BROWN_006503

McCABE HAMILTON & RENNY CO., LTD.

MACHINE OPERATOR
DAY & HOUR RECORD

WEEK OF:
November 28 - December 4, 2011

| DATE | 28 | 29 | 30 | 01 | 02 | 03 | 04 |
|---|---|---|---|---|---|---|---|
| 1067 | CB 10.0 | = | CB 10.0 | CB 10.0 | = | MO ACT 10.0 | MO ACT 8.0 / CB 2.0 |
| 1068 | CB 10.0 | CB 3.0 / 2.0 | CB 10.0 | CB / OK 10.0 | = | MO 5.0 / OK 5.0 | MO ACT 8.0 / CB 2.0 |
| 1088 | U L / CB 10.0 | U L / = | U L / = | U L / CB 10.0 | U L / = | LL P2 5.0 / = | CB 10.0 |
| 1102 | CB 10.0 | = | CB 10.0 | CB 10.0 | = | MO ACT 10.0 | MO ACT 8.0 / CB 2.0 |
| 1103 | CB 10.0 | = | CB 10.0 | CB 10.0 | = | TH 10.0 | MO ACT 8.0 / CB 2.0 |
| 1112 | CB 10.0 SICK----- | CB 3.0 / 2.0 | CB 10.0 | CB 10.0 | = | MO ACT 10.0 | TH 8.0 / CB 2.0 |
| 1118 | CB 10.0 | CB 3.0 / 2.0 | CB 10.0 | CB 10.0 | = | MO ACT 10.0 | MO ACT 8.0 / CB 2.0 |
| 1131 | CB 10.0 | = | CB 10.0 | CB 10.0 / SICK------------ | | | |
| 1133 | CB 10.0 | = | CB 5.0 / OK 5.0 | V A C 9.0 | = | LL P2 5.0 | CB 10.0 |
| 1135 | CB 10.0 | = | CB 10.0 | CB 10.0 | = | MO ACT 10.0 | CB 5.0 / OK 5.0 |
| 1142 | U L / CB 10.0 | = / CB 6.0 / 2.0 | CB 10.0 | U L / CB 10.0 | = | LL P2 5.0 | CB 10.0 |
| 1146 | VACATION 1 WEEK------------------------------------------------ | | | | | | |
| 1163 | CB 10.0 | = | CB 10.0 | CB 10.0 | = | MO RA 6.0 | CB 10.0 |

BROWN_013219-
BROWN_013220

MCCABE HAMILTON & RENNY CO. LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3475 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fed | Res St | CO | Hours | |
| 11067 | HO | ▉ | ▉ | ▉ | ▉ | Pay Period 11/28/11-12/04/11 | 12-08-2011 | M-0 | M-0 | 0 | | Dist. Code OAHU |

| Company Number* | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances | | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | | | | | | |
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 52.50 | | | | | | 1.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 367.50 | | | | | | 7.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1204 | CB | 105.00 | | | | | | 2.00 | | | 35.00 |
| | | | | | Total | 2100.00 | | | | | | 40.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2100.00 | 106271.29 | Regular Hours | | 40.00 | 2236.50 |
| FIT | | -285.48 | -15247.14 | Other Hours | | | 108.70 |
| Medicare EE | | -30.45 | -1540.93 | Holiday | HI | | 4051.26 |
| SIT | HI | -127.06 | -6484.02 | Vacation | HI | | 9057.33 |
| SS EE | | -88.20 | -4463.39 | Wages Regular | HI | 2100.00 | 89391.62 |
| Ded 401k | | -210.00 | -10627.16 | Wages Sick Pa | HI | | 3771.08 |
| Advance | | | -1251.05 | Gross Wages Fd | | 2100.00 | 106271.29 |
| Dues Loc 142 | | -52.50 | -2562.51 | | | | |
| MHR FCU | | -360.79 | -16932.93 | | | | |
| Parking | | | -254.10 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| Net Pay | | 915.71 | 45447.36 | Check Amount | | 915.71 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2100.00 | 106271.29 | Total Deductions | -1184.29 | -60823.93 | Net Pay | 915.71 | 45447.36 |

Mele Kalikimaka!
The address on your checkwill be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF

▉

CHECK DATE
12-08-2011

PAY EXACTLY
915.71

BROWN_013876

MCCABE HAMILTON & RENNY CO. LTD

| Payroll No | Port | SSN | Last Name | First Name | MI |
|---|---|---|---|---|---|
| 11068 | HO1 | ■■■ | ■■■ | ■■■ | |

| Pay Period # | Issue Date | Tax Status | | Experience | | Check # |
|---|---|---|---|---|---|---|
| 49-2011 | | Fed | Res St | CD | Hours | 3476 |
| Pay Period | 12-08-2011 | | | | | Dist. Code |
| 11/28/11-12/04/11 | | M 6 | M-8 | 0 | | OAHU |

| Company Number* | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances Non-Taxable | Allowances Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1129 | CB | 210.00 | | | | | | 2.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | 3.00 | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | TH | 262.50 | | | | | | 5.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 52.50 | | | | | | 1.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 367.50 | | | | | | 7.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1204 | CB | 105.00 | | | | | | 2.00 | | | 35.00 |
| | | | | | Total | 2047.50 | | | | | 3.00 | 37.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2047.50 | 113390.97 | Regular Hours | | 40.00 | 2426.60 |
| FIT | | -218.13 | -14298.87 | Other Hours | | | 43.40 |
| Medicare EE | | -29.69 | -1644.17 | Holiday | HI | | 4049.01 |
| SIT | HI | -125.60 | -7186.59 | Vacation | HI | | 8420.04 |
| SS EE | | | -4485.60 | Wages Regular | HI | 2047.50 | 99423.32 |
| Dues Loc 142 | | -51.19 | -2797.34 | Wages Sick Pa | HI | | 1498.60 |
| MHR FCU | | -600.00 | -29400.00 | Gross Wages Fd | | 2047.50 | 113390.97 |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| Net Pay | | 993.08 | 51776.91 | Check Amount | | 993.08 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2047.50 | 113390.97 | Total Deductions | -1054.42 | -61614.06 | Net Pay | 993.08 | 51776.91 |

Mele Kalikimaka!
The address on your checkwill be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011.

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF _____

■■■

CHECK DATE
12-08-2011

PAY EXACTLY
993.08

BROWN_014049

**MCCABE HAMILTON & RENNY CO. LTD**

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period #<br>49-2011 | Issue Date | Tax Status | | Experience | | Check #<br>3486 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11102 | | | | | | Pay Period<br>11/20/11-12/04/11 | 12-08-2011 | Fed<br>M-2 | Res St<br>M-3 | CD<br>0 | Hours | Dist Code<br>OAHU |

| Company<br>Number* | Sub<br>Co # | Shift | Port<br>Worked | Date | Occ<br>Code | Gross Incl.<br>Cargo Pen. | Cargo<br>Pen | Allowances | | Mileage | ST<br>Hours | OT<br>Hours | POT<br>Hours | PPOT<br>Hours | ST<br>Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | | | | | | |
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | TH | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 367.50 | | | | | | 7.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 52.50 | | | | | | 1.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1204 | CB | 105.00 | | | | | | 2.00 | | | 35.00 |
| | | | | | **Total** | **2625.00** | | | | | | **50.00** | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2625.00 | 107022.40 | Regular Hours | | 50.00 | 1978.20 |
| FIT | | -433.65 | -16352.73 | Other Hours | | | 439.50 |
| Medicare EE | | -38.06 | -1551.82 | Holiday | HI | | 4051.26 |
| SIT | HI | -179.91 | -7139.25 | Vacation | HI | | 7776.00 |
| SS EE | | -100.91 | -4485.60 | Wages Regular | HI | 2625.00 | 79912.05 |
| Dues Loc 142 | | -65.63 | -2293.48 | Wages Sick Pa | HI | | 15283.09 |
| MHR FCU | | -200.00 | -9600.00 | Gross Wages Fd | | 2625.00 | 107022.40 |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1430.88 | | | | |
| **Net Pay** | | **1577.03** | **63829.84** | **Check Amount** | | **1577.03** | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2625.00 | 107022.40 | Total Deductions | -1047.97 | -43192.56 | Net Pay | 1577.03 | 63829.84 |

Mele Kalikimakal
The address on your checkwill be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

**MCCABE HAMILTON & RENNY CO, LTD**

TO THE ORDER OF

CHECK DATE
12-08-2011

PAY EXACTLY
1577.03

BROWN 014413



MCCABE HAMILTON & RENNY CO. LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3487 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11103 | HO1 | | | | | Pay Period 11/28/11-12/04/11 | 12-08-2011 | Fed M-5 | Res St M-5 | CD 0 | Hours | Dist. Code OAHU |

| Company Number | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances Non-Taxable | Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | TH | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 367.50 | | | | | | 7.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 52.50 | | | | | | 1.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1204 | CB | 105.00 | | | | | | 2.00 | | | 35.00 |
| | | | | | Total | 2625.00 | | | | | | 50.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2625.00 | 132989.90 | Regular Hours | | 50.00 | 2814.00 |
| FIT | | -301.54 | -15863.39 | Holiday | HI | | 4049.01 |
| Medicare EE | | -38.06 | -1928.35 | Vacation | HI | | 7791.75 |
| SIT | HI | -151.55 | -7729.42 | Wages Regular | HI | 2625.00 | 121149.14 |
| SS EE | | | -4485.60 | Gross Wages Fd | | 2625.00 | 132989.90 |
| Ded 401k | | -315.00 | -15958.77 | | | | |
| Dues Loc 142 | | -65.63 | -3324.76 | | | | |
| MHR FCU | | -750.00 | -36750.00 | | | | |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| Net Pay | | 973.41 | 45150.12 | Check Amount | | 973.41 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2625.00 | 132989.90 | Total Deductions | -1651.59 | -87839.78 | Net Pay | 973.41 | 45150.12 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO. LTD

TO THE ORDER OF

| CHECK DATE | PAY EXACTLY |
|---|---|
| 12-08-2011 | 973.41 |

BROWN_014222



MCCABE HAMILTON & RENNY CO. LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3492 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11112 | HO1 | | | | | Pay Period 11/28/11-12/04/11 | 12-08-2011 | Fed M-15 | Res St S-20 | CD 0 | Hours | Dist. Code OAHU |

| Company Number* | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances | | | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | Mileage | | | | | |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | TH | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | MO | 187.61 | | | | | | | | | 34.78 |
| 8003 | 0 | 1 | HO1 | 1204 | TH | 420.00 | | | | | 5.40 | 8.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1204 | CB | 105.00 | | | | | | 2.00 | | | 35.00 |
| | | | | | Total | 2287.81 | | | | | 5.40 | 40.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2287.81 | 99121.39 | Regular Hours | | 40.00 | 2096.00 |
| FIT | | -143.94 | -4936.76 | Other Hours | | 5.40 | 86.70 |
| Medicare EE | | -33.17 | -1437.26 | Funeral Leave | HI | | 828.72 |
| SIT | HI | -134.86 | -5180.82 | Holiday | HI | | 4049.01 |
| SS EE | | -96.09 | -4163.10 | Vacation | HI | | 6231.15 |
| Ded 401k | | | -5098.63 | Wages Regular | HI | 2100.00 | 85006.58 |
| Dues Loc 142 | | -52.50 | -2402.92 | Wages Sick Pa | HI | 187.81 | 3005.93 |
| MHR FCU | | -300.00 | -14600.00 | Gross Wages Fd | | 2287.81 | 99121.39 |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| | Net Pay | 1497.44 | 59502.41 | | Check Amount | 1497.44 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2287.81 | 99121.39 | Total Deductions | -790.37 | -39618.98 | Net Pay | 1497.44 | 59502.41 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF

CHECK DATE
12-08-2011

PAY EXACTLY
1497.44

BROWN_014659

MCCABE HAMILTON & RENNY CO. LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3484 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11118 | HO | | | | | Pay Period 11/28/11-12/04/11 | 12-08-2011 | Fed | Res St | CD | Hours | Dist. Code |
| | | | | | | | | M-4 | M-4 | 0 | | OAHU |

| Company Sub umber* Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances Non-Taxable | Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003 0 | 2 | HO1 | 1128 | CB | 525 00 | | | | | | 10.00 | | | 35.00 |
| 8003 0 | 1 | HO1 | 1129 | CB | 210 00 | | | | | 3.00 | 2.00 | | | 35.00 |
| 8003 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 0 | 1 | HO1 | 1203 | TH | 525.00 | | | | | | 10.00 | | | 35.00 |
| | | | | Total | 2310.00 | | | | | 3.00 | 42.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2310.00 | 102889.63 | Regular Hours | | 45.00 | 2214.00 |
| FIT | | -319.33 | -13345.92 | Holiday | HI | | 4049.0¹ |
| Medicare EE | | -33.50 | -1491.90 | Vacation | HI | | 4037.76 |
| SIT | HI | -153.29 | -6699.33 | Wages Regular | HI | 2310.00 | 94802.86 |
| SS EE | | -97.02 | -4321.36 | Gross Wages Fd | | 2310.00 | 102889.63 |
| Dues Loc 142 | | -57.75 | -2572.25 | | | | |
| MHR FCU | | -150.00 | -6200.00 | | | | |
| Parking | | | -338.80 | | | | |
| hit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| | Net Pay | 1469.30 | 66459.38 | | Check Amount | 1469.30 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2310.00 | 102889 63 | Total Deductions | -840 70 | -36430 25 | Net Pay | 1469 30 | 66459 38 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF _____

CHECK DATE
12-08-2011

PAY EXACTLY
1469.30

BROWN 014902



| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3503 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pay Period | | Fed | Res St | CD | Hours | Dist. Code |
| 11131 | HO1 | ████ | ████ | ████ | | 11/28/11-12/04/11 | 12-08-2011 | M-3 | M-2 | 0 | | OAHU |

MCCABE HAMILTON & RENNY CO. LTD

| Company Number | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances | | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | | | | | | |
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | MO | 187.81 | | | | | 5.40 | | | | 34.78 |
| | | | | | Total | 1237.81 | | | | | 5.40 | 20.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 1237.81 | 101373.16 | Regular Hours | | 20.00 | 2075.50 |
| FIT | | -114.52 | -14289.69 | Other Hours | | 5.40 | 70.40 |
| Medicare EE | | -17.95 | -1469.91 | Holiday | HI | | 4049.01 |
| SIT | HI | -72.63 | -6759.76 | Vacation | HI | | 3123.45 |
| SS EE | | -51.99 | -4257.67 | Wages Regular | HI | 1050.00 | 91766.24 |
| Dues Loc 142 | | -26.25 | -2473.25 | Wages Sick Pa | HI | 187.81 | 2444.46 |
| MHR FCU | | -100.00 | -4900.00 | Gross Wages Fd | | 1237.81 | 101373.16 |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| Net Pay | | 824.66 | 65423.39 | Check Amount | | 824.66 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 1237.81 | 101373.16 | Total Deductions | -413.15 | -35949.77 | Net Pay | 824.66 | 65423.39 |

Mele Kalikimaka!
The address on your checkwill be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011.

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF _____

████████████
████████████

CHECK DATE
12-08-2011

PAY EXACTLY
824.66

BROWN_015159

MCCABE HAMILTON & RENNY CO, LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11133 | HO1 | ███ | ███ | ███ | █ | Pay Period 11/28/11-12/04/11 | 12-08-2011 | Fed M-10 | Res St M-10 | CD 0 | Hours | 3505 Dist. Code OAHU |

| Company Number* | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances Non-Taxable | Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 262.50 | | | | | | 5.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | MO | 260.85 | | | | | | 5.00 | | | 34.78 |
| 8003 | 0 | 1 | HO1 | 1204 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | MO | 313.02 | | | | | 9.00 | | | | | 34.78 |
| | | | | | Total | 1886.37 | | | | | 9.00 | 30.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 1886.37 | 108377.86 | Regular Hours | | 39.00 | 2299.30 |
| FIT | | -122.94 | -9234.70 | Other Hours | | | 32.50 |
| Medicare EE | | -27.35 | -1571.48 | Holiday | HI | | 4798.31 |
| SIT | HI | -101.94 | -6199.77 | Vacation | HI | 313.02 | 4686.30 |
| SS EE | | -12.96 | -4485.60 | Wages Regular | HI | 1573.35 | 97771.02 |
| Ded 401k | | -94.32 | -5418.96 | Wages Sick Pa | HI | | 1122.23 |
| Dues Loc 142 | | -47.16 | -2681.41 | Gross Wages Fd | | 1886.37 | 108377.86 |
| MHR FCU | | -550.00 | -26950.00 | | | | |
| ██rking | | | -338.80 | | | | |
| ██t Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| Net Pay | | 899.89 | 50036.45 | Check Amount | | 899.89 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 1886.37 | 108377.86 | Total Deductions | -986.48 | -58341.41 | Net Pay | 899.89 | 50036.45 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF

███

CHECK DATE
12-08-2011

PAY EXACTLY
899.89

BROWN 015403

**MCCABE HAMILTON & RENNY CO, LTD**

| Payroll No | Port | SSN | | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3507 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Fed | Res St | CD | Hours | |
| 11135 | HO1 | | | | | | Pay Period 11/28/11-12/04/11 | 12-08-2011 | M-8 | M-0 | 0 | | Dist. Code OAHU |

| Company Number | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl Cargo Pen. | Cargo Pen | Allowances Non-Taxable | Allowances Taxable | Mileage | ST Hours | OT Hours | POT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8003 | 0 | 2 | HO1 | 1129 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | TH | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1204 | CB | 262.50 | | | | | | 5.00 | | | 35.00 |
| | | | | | **Total** | **2362.50** | | | | | | **45.00** | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2362.50 | 121343.32 | Regular Hours | | 45.00 | 2564.60 |
| FIT | | -231.77 | -13069.25 | Holiday | HI | | 4049.01 |
| Medicare EE | | -34.26 | -1759.48 | Vacation | HI | | 3828.51 |
| SIT | HI | -155.06 | -8016.56 | Wages Regular | HI | 2362.50 | 113465.80 |
| SS EE | | | -4465.60 | Gross Wages Fd | | 2362.50 | 121343.32 |
| Ded 401k | | -118.13 | -6067.21 | | | | |
| Dues Loc 142 | | -59.06 | -3033.60 | | | | |
| MHR FCU | | -700.00 | -28500.00 | | | | |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| **Net Pay** | | **1034.41** | **54612.13** | **Check Amount** | | **1034.41** | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2362.50 | 121343.32 | Total Deductions | -1328.09 | -66731.19 | Net Pay | 1034.41 | 54612.13 |

Mele Kalikimaka!
The address on your checkwill be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF

CHECK DATE
12-08-2011

PAY EXACTLY
1034.41

BROWN_015645



MCCABE HAMILTON & RENNY CO, LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11142 | HO1 | ███ | ███ | ███ | ● | Pay Period 11/28/11-12/04/11 | 12-08-2011 | Fed M-11 | Res St M-11 | CD 0 | Hours | Dist. Code OAHU | |

| Company Number 8003 | Sub Co # 0 | Shift 1 | Port Worked HO1 | Date 1203 | Occ Code MO | Gross Incl. Cargo Pen. | Cargo Pen 260.85 | Allowances | | Mileage | ST Hours | OT Hours 5 00 | POT Hours | PPOT Hours | ST Rate 34 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | | | | | | |

| | | Total | 260.85 | | | | | | 5.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 260.85 | 76466.22 | Regular Hours | | 5.00 | 1469.90 |
| FIT | | | -4876.53 | Other Hours | | | 255.00 |
| Medicare EE | | -3.78 | -1108.76 | Holiday | HI | | 4427.64 |
| SIT | HI | | -4124.11 | Vacation | HI | | 4672.80 |
| SS EE | | -10.95 | -3211.58 | Wages Regular | HI | 260.85 | 58540.27 |
| Ded 401k | | -31.30 | -249.23 | Wages Sick Pa | HI | | 8825.51 |
| Dues Loc 142 | | -6.52 | -1691.04 | Gross Wages Fd | | 260.85 | 76466.22 |
| MHR FCU | | -178.49 | -20245.22 | | | | |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |

| | | Net Pay | 0.00 | 39160.26 | | | Check Amount | 0.00 |
|---|---|---|---|---|---|---|---|---|

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 260.85 | 76466.22 | Total Deductions | -260.85 | -37305.96 | Net Pay | 0.00 | 39160.26 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011.

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF _____

CHECK DATE
12-08-2011

PAY EXACTLY
0.00

BROWN_015904



| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period # 49-2011 | Issue Date | Tax Status | | Experience | | Check # 3514 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fed | Res St | CD | Hours | |
| 11146 | HO1 | | | | | Pay Period 11/28/11-12/04/11 | 12-08-2011 | M-0 | M-0 | 0 | | Dist. Code OAHU |

| Company Number | Sub Co # | Shift | Port Worked | Date | Occ Code | Gross Incl. Cargo Pen. | Cargo Pen | Allowances | | Mileage | ST Hours | OT Hours | PDT Hours | PPOT Hours | ST Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | | | | | | |
| 8003 | 0 | 1 | HO1 | 1204 | MO | 1565.10 | | | | | 45.00 | | | | 34.75 |

| | | | | | | | | | | | | | |
| Total | | | 1565.10 | | | | | | 45.00 | | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 1565.10 | 48294.83 | Regular Hours | | 45.00 | 826.80 |
| FIT | | -204.26 | -7078.89 | Other Hours | | | 298.40 |
| Medicare EE | | -22.70 | -700.28 | Holiday | HI | | 2873.90 |
| SIT | HI | -101.39 | -3140.22 | Vacation | HI | 1565.10 | 1565.10 |
| SS EE | | -65.73 | -2028.38 | Wages Regular | HI | | 33391.02 |
| Dues Loc 142 | | -39.13 | -948.26 | Wages Sick Pa | HI | | 10364.81 |
| Parking | | | -84.70 | Gross Wages Fd | | 1565.10 | 48294.83 |
| Unr Fund Oahu LS | | -29.81 | -1043.35 | | | | |

| | Net Pay | 1102.08 | 33270.75 | | Check Amount | 1102.08 | |
|---|---|---|---|---|---|---|---|

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 1565.10 | 48294.83 | Total Deductions | -463.02 | -15024.08 | Net Pay | 1102.08 | 33270.75 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. if a correction is required,
submit a new W4 form to the payroll department by 12/31/2011

MCCABE HAMILTON & RENNY CO, LTD

| TO THE ORDER OF | CHECK DATE | PAY EXACTLY |
|---|---|---|
| | 12-08-2011 | 1102.08 |

BROWN_016069

MCCABE HAMILTON & RENNY CO. LTD

| Payroll No | Port | SSN | Last Name | First Name | MI | Pay Period #<br>49-2011 | Issue Date | Tax Status | | Experience | | Check #<br>3525 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fed | Res St | CD | Hours | |
| 11163 | HO1 | ███ | ███ | ███ | ▬ | Pay Period<br>11/28/11-12/04/11 | 12-08-2011 | M-5 | M-5 | 0 | | Dist. Code<br>OAHU |

| Company<br>Number* | Sub<br>Co # | Shift | Port<br>Worked | Date | Occ<br>Code | Gross Incl.<br>Cargo Pen. | Cargo<br>Pen | Allowances | | Mileage | ST<br>Hours | OT<br>Hours | POT<br>Hours | PPOT<br>Hours | ST<br>Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Non-Taxable | Taxable | | | | | | |
| 8003 | 0 | 2 | HO1 | 1128 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1130 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 2 | HO1 | 1201 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| 8003 | 0 | 1 | HO1 | 1203 | MO | 313.02 | | | | | | 6.00 | | | 34.78 |
| 8003 | 0 | 1 | HO1 | 1204 | CB | 525.00 | | | | | | 10.00 | | | 35.00 |
| | | | | | Total | 2413.02 | | | | | | 46.00 | | | |

| Gross To Net | State | Current | YTD | Recap | State | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings | | 2413.02 | 127319.64 | Regular Hours | | 46.00 | 2676.60 |
| FIT | | -266.97 | -15266.51 | Funeral Leave | HI | | 634.72 |
| Medicare EE | | -34.98 | -1846.13 | Holiday | HI | | 4049.01 |
| SIT | HI | -140.63 | -7536.89 | Vacation | HI | | 6237.90 |
| SS EE | | | -4485.60 | Wages Regular | HI | 2413.02 | 116198.01 |
| Ded 401k | | -241.30 | -12731.98 | Gross Wages Fd | | 2413.02 | 127319.64 |
| Dues Loc 142 | | -60.33 | -3183.03 | | | | |
| Parking | | | -338.80 | | | | |
| Unit Fund Oahu LS | | -29.81 | -1460.69 | | | | |
| Net Pay | | 1639.00 | 80470.01 | Check Amount | | 1639.00 | |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Earnings | 2413.02 | 127319.64 | Total Deductions | -774.02 | -46849.63 | Net Pay | 1639.00 | 80470.01 |

Mele Kalikimaka!
The address on your check will be used to print your W2 Tax form.
Please Verify your NAME, ADDRESS, & SSN. If a correction is required,
submit a new W4 form to the payroll department by 12/31/2011.

MCCABE HAMILTON & RENNY CO, LTD

TO THE ORDER OF _____

███████████

CHECK DATE
12-08-2011

PAY EXACTLY
1639.00

BROWN 016295