IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00046 LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| CHJARLES KIMO BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that by the method of service noted below, a true and correct copy of Defendant's Closing Statement was served on the following at the last known address on June 2, 2022.

Served Electronically through CM/ECF:

MARSHALL H. SILVERBERG, ESQ.
NICOLE K. HUDSPETH, ESQ.
United States Attorney's Office
300 Ala Moana Boulevard,
Room 6-100
Honolulu, Hawai`i  96850
Assistant U.S. Attorneys for
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, June 2, 2022.

Law Offices of:
HARRISON & MATSUOKA

*William A. Harrison*

WILLIAM A. HARRISON
 Attorney for Defendant
CHARLES KIMO BROWN